

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00291-CR

The **STATE** of Texas,
Appellant

v.

Richard Michael **DONOHOO**,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 453259
Celeste Brown, Judge Presiding

# O R D E R

In its notice of appeal, the State has requested a stay pursuant to article 44.01(e) of the Texas Code of Criminal Procedure. The request is GRANTED, and all proceedings in the underlying cause are STAYED pending final disposition of this appeal. TEX. CODE CRIM. PROC. art. 44.01(e).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court